UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Nancy Del Campo, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 7:23-cv-0234 |
| v. | § § | |
| Blazin Wings, Inc. and Buffalo Wild Wings, | § § § | |
| *Defendants.* | § § § | |

## ORDER OF DISMISSAL ON STIPULATION

The Court has received the parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on August 6, 2024 (Dkt. 12) in which the parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, with each party to bear their own costs and attorneys' fees.

Signed on August 12, 2024, at Houston, Texas.

_____
Peter Bray
United States Magistrate Judge